IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHELLE SCHURG and DANIEL SCHURG,<br><br>                    Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE<br><br>                    Defendant. | Lead Case No.<br>CV 20–61–M–DWM<br><br> Member Case Nos.<br>CV 20–62–M–DWM<br>CV 20–63–M–DWM<br>CV 20–64–M–DWM<br>CV 20–65–M–DWM<br>CV 20–66–M–DWM<br>CV 20–67–M–DWM<br>CV 20–90–M–DWM<br><br>ORDER |

There being common issues of fact and law, consolidation of the above-captioned actions is appropriate pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure.  Accordingly,

IT IS ORDERED that the above-captioned cases are consolidated for all further proceedings under the case number CV 20–61–M–DWM and captioned as shown above.  The Clerk of Court shall file this Order in the docket for each case.

IT IS FURTHER ORDERED that the plaintiffs in each case shall file their amended complaints, if any, and the defendant in each case shall file their respective amended answers, if any, in both the lead and member cases in CM/ECF

1

on or before **December 1, 2020.** All other documents shall be filed in the lead case CV 20–61–M–DWM and spread to the member case.

DATED this 30th day of September, 2020.

_____
Donald W. Molloy, District Judge
United States District Court