IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHELLE SCHURG and DANIEL SCHURG,<br><br>            Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Lead Case No.<br>CV 20–61–M–DWM<br><br>Member Case Nos.<br>CV 20–62–M–DWM<br>CV 20–63–M–DWM<br>CV 20–64–M–DWM<br>CV 20–65–M–DWM<br>CV 20–66–M–DWM<br>CV 20–67–M–DWM<br>CV 20–90–M–DWM<br><br>JUDGMENT |

This action came before the Court for determination on the record. A decision has been rendered. IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant consistent with the Court's Order filed this date, (*see* Doc. 58), and the Court's Order filed January 26, 2022 (*see* Doc. 57). The matter is now closed.

DATED this 8th day of February, 2022.

TYLER P. GILMAN, CLERK

By: /s/ Nicole Stephens
Nicole Stephens, Deputy Clerk